**FILED**

March 12, 2012

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:09-cr-00450-LKK |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | ORDER FOR RELEASE OF |
| JACLYN SUSAN MAJSTORIC, | ) | PERSON IN CUSTODY |
| | ) | |
| Defendant. | ) | |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JACLYN SUSAN MAJSTORIC, Case No.

2:09-cr-00450-LKK from custody subject to the conditions contained in the attached "Notice to

Defendant Being Released" and for the following reasons:

_____    Release on Personal Recognizance

_X_    Bail Posted in the Sum of: $50,000.00.

    _X_    Co-Signed Unsecured Appearance Bond

    _____    Secured Appearance Bond

    _X_    (Other) Conditions as stated on the record.

    _____    (Other)

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at _Sacramento, CA_ on _3/12/2012_ at _3:04 pm_

By _____

Edmund F. Brennan

United States Magistrate Judge