JOHN R. DUREE, JR., INC.
A Professional Law Corporation
State Bar No. 65684
428 J Street, Suite 350
Sacramento, CA 95814
Telephone: (916) 441-0562
Fax: (916) 447-2988
email: jduree@pacbell.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 2:09-cr-00450 |
|---|---|
| Plaintiff, | NOTICE OF MOTION AND MOTION TO SUBSTITUTE ATTORNEY OF RECORD |
| v. | |
| JACLYN SUSAN MAJSTORIC, | |
| Defendant. | |

Defendant, Jaclyn Susan Majstoric hereby substitutes attorney JOHN R. DUREE, JR., SBN 65684, at 428 J Street, Suite 350, Sacramento, CA 95814 as her attorney of record in the place of Courtney Diane Fein, Federal Defender's Office, 801 I Street, Third Floor, Sacramento, CA 95814 in the above entitled matter.

Dated: March 15, 2012

I consent to this substitution.

JOHN R. DUREE, JR.
Attorney at Law

Dated: 3/15/12

I consent to this substitution.

JACLYN SUSAN MAJSTORIC
Defendant


1  Dated: 3\16\12

I consent to this substitution.

*Courtney D Fein*
COURTNEY DIANE FEIN
Attorney of Record for Jaclyn Susan Majstoric

7  IT IS SO ORDERED.

9  Dated: MARCH 19, 2012

*Lawrence K Karlton*
LAWRENCE K. KARLTON
UNITED STATES DISTRICT JUDGE