HEATHER E. WILLIAMS, #122664
Federal Defender
TIMOTHY ZINDEL, #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
timothy_zindel@fd.org

Attorney for Defendant
JACLYN SUSAN MAJSTORIC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:09-CR-00450 KJM |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION RE MOTION FOR EARLY** |
| vs. | ) **TERMINATION OF PROBATION;** |
| | ) **ORDER** |
| JACLYN SUSAN MAJSTORIC, | ) |
| | ) |
| Defendant. | ) Date: October 1, 2018 |
| | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Kimberly J. Mueller |

   IT IS HEREBY STIPULATED between plaintiff, United States of America, and defendant, Jaclyn Majstoric, that the Court should grant Ms. Majstoric's motion filed September 14, 2018, to terminate probation pursuant to 18 U.S.C. § 3564(c).  The parties also agree that the Court should vacate the hearing scheduled for October 1, 2018.

   Counsel for the United States advised defense counsel that he has reviewed the motion and concurs in Ms. Majstoric's

-1-

request for the reasons stated in the motion and in light of her successful completion of four and a half years of probation.  In light of the above, the parties agree that the scheduled hearing may be vacated should the Court choose to grant the motion.

                                      Respectfully Submitted,

                                      HEATHER E. WILLIAMS
                                      Federal Defender

Dated: September 25, 2018    /s/ T. Zindel
                                        TIMOTHY ZINDEL
                                        Assistant Federal Defender
                                        Attorney for JACLYN MAJSTORIC

                                        McGREGOR SCOTT
                                        United States Attorney

Dated: September 25, 2018    /s/ T/ Zindel for J. Hitt
                                        JASON HITT
                                        Assistant United States Attorney

O R D E R

Defendant's motion of September 14, 2018, is GRANTED for the reasons stated therein, considering the conduct of the defendant and the interests of justice, and her probation is terminated.  The hearing scheduled for October 1, 2018, is vacated.

DATED: September 26, 2018.

                                        UNITED STATES DISTRICT JUDGE